# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

IVAN D. BRUETTE,

    Plaintiff,

v.

DEBRA TIDQUIST, TAMMY MAASSEN,
SGT. HESTEKIND, C.O. HOLTER,
JOHN DOE (HSU) and JANE DOE (HSU),

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-489-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants with prejudice.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____12/24/08_____
Date